UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Marcus Lee Shelton					Docket No. 5:25-CR-234-1D

### Petition for Action on Conditions of Pretrial Release

    COMES NOW C. Jordan Hagins, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Marcus Lee Shelton, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 23rd day of September, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 24, 2025, the defendant submitted a urine sample for drug testing purposes which was positive for marijuana. When confronted, the defendant admitted to using marijuana on September 10, 2025, and signed an admission form for this drug use.

At this time, the United States Probation Office is requesting that the defendant's conditions of release be modified to include substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. This officer has had correspondence with both parties of counsel, and there is no opposition to the defendant's conditions of release being modified to include substance abuse treatment.

**PRAYING THAT THE COURT WILL ORDER** the conditions of release be modified as follows:

- The defendant shall participate in a program of inpatient or outpatient substance abuse treatment if directed by the pretrial services office or supervising officer.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>Supervising U.S. Probation Officer | /s/ C. Jordan Hagins<br>C. Jordan Hagins<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2533<br>Executed On: October 7, 2025 |

### ORDER OF THE COURT

Considered and ordered the  7th  day of  October , 2025, and ordered filed and made part of the records in the above case.

_____
Robert T. Numbers, II
U.S. Magistrate Judge