# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### Case No. 5:25-CR-234-D

United States of America,          )
                                   )
              v.                   )
                                   )        **ORDER**
Marcus Lee Shelton                 )
                                   )
              Defendant            )
                                   )

Upon motion of the court appointed counsel for the above referenced Defendant, Nicholas Hartigan, and for good cause shown, it is hereby ORDERED that Docket Entry Number 43 be sealed until such time as requested to be unsealed by Defense Counsel.

This ___10___ day of June, 2026.

JAMES C. DEVER III
United States District Judge