ADJ
PS-8
8/88

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF NORTH CAROLINA**

**U.S.A. vs. Marcus Lee Shelton** **Docket No. 5:25-CR-234-1D**

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Marcus Lee Shelton, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 23rd day of September, 2025.

On October 7, 2025, a request for modification was submitted to the Court due to the defendant providing a positive urinalysis test for marijuana. The defendant was allowed to remain on pretrial release and ordered to participate in substance abuse treatment.

The defendant appeared before Robert T. Numbers, II, the U.S. Magistrate Judge for arraignment on the 24th day of March, 2026, and supervision was continued under existing conditions.

On April 9, 2026, the Court was notified of the defendant's intention to change his residence to Garner, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant remains in the third-party custody of his wife, Channa Shelton. He also maintains compliance with his pretrial conditions of release including home incarceration with location monitoring.

The defendant and his wife are requesting to move to a new residence in Durham, North Carolina. It is the recommendation of the Probation Office that the defendant be allowed to move with his wife to Durham, North Carolina. Additionally, to facilitate this move, it is recommended the defendant's travel and residential restrictions be modified to include the Eastern District of North Carolina and the Middle District of North Carolina.

The defendant signed a Waiver of Hearing agreeing to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's Conditions of Release be modified as follows:

- The defendant is placed in the custody of: Channa Shelton, in Durham, North Carolina, who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

- The defendant must abide by the following restrictions on travel: Eastern District of North Carolina and Middle District of North Carolina.

Except as herein modified, the Order Setting Conditions of Release shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: August 26, 2026

**ORDER OF THE COURT**

Considered and ordered on August 26, 2026. It is further ordered that this document shall be filed and made part of the records in the above case.

Robert T Numbers II

Robert T. Numbers, II
United States Magistrate Judge